**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ANNA PAPADOPOLUOS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | FILE NO. 1:10-cv-08720-PGG |
| | ) | |
| | ) | NOTICE OF SETTLEMENT |
| COHEN & SLAMOWITZ, LLP | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of New York, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 28th day of April, 2011.

ATTORNEYS FOR PLAINTIFF
*Anna Papadopoluos*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Notice Filed electronically on this 28th day of April, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 28th day of April, 2011, to:

Wendy B. Shepps
Littleton Joyce Ughetta Park & Kelly LLP
39 Broadway, 34th  Floor
New York NY 10006


s/Jessica DeCandia
Jessica DeCandia