UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNA PAPADOPOLUOS,

                Plaintiff,

- against -

COHEN & SLAMOWITZ, LLP,

                Defendant.

**ORDER OF DISMISSAL**

10 Civ. 8720 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within forty-five days of this order, either party may apply by letter within the forty-five-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. Any pending motions are moot.

Dated: New York, New York
      June 29, 2011

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/11