UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNA PAPADOPOLUOS ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. 1:10-cv-08720-PGG |
| ) | |
| ) | JOINT MOTION FOR DISMISSAL |
| ) | OF CASE WITH PREJUDICE |
| COHEN & SLAMOWITZ, LLP ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff, Anna Papadopoluos, by and through its counsel of record, Weisberg & Meyers, LLC (Dennis R. Kurz) and Defendant, Cohen & Slamowitz, LLP, by and through its attorneys of record, Wendy Shepps, hereby jointly move for dismissal with prejudice of any and all claims that have been or could have been brought in this action against Defendant and its past and present directors, officers, employees and/or agents by, through or on behalf of Plaintiff, with the parties to bear their own costs and attorneys' fees.  As grounds for this motion, the parties advise the Court that this matter has been settled.

Respectfully submitted this 5th day of August, 2011.

ATTORNEYS FOR PLAINTIFF
*Anna Papadopoluos*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
**Weisberg & Meyers, LLC**
ATTORNEYS FOR DEFENDANT

*Motion for Dismissal*
*Page 1 of 2*

        Cohen & Slamowitz, LLP

        By: <u>s/Wendy Shepps</u>
        Wendy Shepps
        **Littleton Joyce Ughetta Park & Kelly, LLP**

Filed electronically on this 5th day of August, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 5th day of August, 2011, to:

Wendy B. Shepps
Littleton Joyce Ughetta Park & Kelly LLP
39 Broadway, 34th Floor
New York NY 10006

<u>s/Jessica DeCandia</u>
Jessica DeCandia