Case 1:10-cv-08720-PGG -JCF   Document 17-1   Filed 08/05/11   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/11

ANNA PAPADOPOLUOS   )
                    )
       Plaintiff,   )
                    )   CIVIL ACTION
vs.                 )   FILE NO. 1:10-cv-08720-PGG
                    )
                    )   ORDER FOR DISMISSAL
                    )   OF CASE WITH PREJUDICE
COHEN & SLAMOWITZ, LLP )
                    )
       Defendant.   )
                    )

THIS MATTER came before the Court on the Joint Motion to Dismiss with Prejudice filed by Plaintiff and Defendant. The Court notes that the parties have advised the Court that this matter has been settled. Accordingly, the Court finds that the motion should be approved.

IT IS THEREFORE ORDERED that all claims that Plaintiff, Anna Papadopoluos, brought or could have brought in this action against Defendant, Cohen & Slamowitz, LLP, its past and present directors, officers, employees and agents be and hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs and attorneys fees incurred in this action.

SO ORDERED.

_____
JUDGE PRESIDING
UNITED STATES DISTRICT JUDGE